AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Alejandro Garcilia
955 Camiito Estrella
Chula Vista, California

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m-1148-JCB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 2004 to the present__ in __Suffolk__ county, in the __District of__ __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) conspire with Umberto Medrano, Jorge Tirado, Alejandro Rodriguez, and ~~Alejandro Garcilia,~~ and others to distrbute cocaine

Luis Vizcarra sm    LBC

in violation of Title __21__ United States Code, Section(s) __846 and 841(a)(1)__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                    Official Title
facts:

see attached affidavit

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

_S. Vincent M. Lambert_
Signature of Complainant

Sworn to before me and subscribed in my presence,

9/11/2005 at 5:58 pm at North Reading, Massachusetts
Date                                                              City and State

Rober B. Collings, U.S. Magistrate Judge                  _(signature)_
Name & Title of Judicial Officer                                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

%JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**           Category No.  II          Investigating Agency   DEA

City    Allston, Jamaica Plain            **Related Case Information:**

County   Suffolk                 Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant _____   New Defendant  X
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Alejandro Garcilia                    Juvenile:    ☐ Yes    X  No

Alias Name    _____

Address    955 Camiito Estrella, Chula Vista, California

Birthdate: _____ SS # _____   Sex:  Male   Race: Hispanic   Nationalit  Mexican

**Defense Counsel if known:**    _____    Address _____

Bar Number    _____

**U.S. Attorney Information:**

AUSA    William Connolly        Bar Number if applicable _____

Interpreter:    X  Yes    No    List language and/or dialect:   Spanish

Matter to be SEALED:    X  Yes    No

    X  Warrant Requested        ☐ Regular Process        In Custody

**Location Status:**

Arrest Date    _____

    Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    X  Complaint    ☐ Information    Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X  Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   September 12, 2005        Signature of AUSA:  _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Alejandro Garcilia

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | conspiracy to distribute cocaine | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____